# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL ACTION H-14-43 |
| | § § § | |
| CONRAD ALVIN BARRETT *in custody* | § | |

## CERTIFICATION OF WITHDRAWAL OF TRIAL EXHIBITS

By signing below, I acknowledge that I have withdrawn the following exhibits:

Def's exhibit 1

I agree to retain custody of these exhibits and, in the event of an appeal in this case, will furnish these exhibits to the Court of Appeals as a part of the record on appeal.

Date: 10-16-15

Counsel for CONRAD BARRETT